## HOWARD B. SOSIN *v.* SUSAN F. SOSIN

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 691 (AC 27633/AC 27829), is granted, limited to the following issues:

"1. Did the Appellate Court properly apply General Statutes § 37-3a in determining that the trial court properly awarded interest on the detained funds?

"2. Did the Appellate Court properly determine that the trial court did not improperly modify the original distribution of assets?"

ROGERS, C. J., and KATZ and SCHALLER, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18238.

*Wesley W. Horton, Daniel J. Krisch* and *Mark R. Soboslai*, in support of the petition.

*Charles D. Ray, Matthew A. Weiner* and *Frederic J. Siegel*, in opposition.

Decided October 3, 2008